```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO.  12-21019-CIV-GRAHAM
                                   07-20530-CR-GRAHAM
                         MAGISTRATE JUDGE P.A. WHITE
```

TIMOTHY EDWARDS,                :

      Movant,             :   REPORT RE DENIAL OF MOTION
                                    TO PROCEED IFP ON APPEAL
v.                              :      MOTION TO VACATE

UNITED STATES OF AMERICA,       :            (de#12)

      Respondent.         :
_____

The movant has filed a motion to proceed *in forma pauperis* on appeal in this motion to vacate case. He does not appear to have filed or been granted a certificate of appealability.

Further, it was recommended that the case be stayed until the PSI is adjusted, which may result in a possible adjustment of sentence. This Recommendation was adopted. Therefore, this motion to proceed *in forma pauperis* on appeal should be denied without prejudice as premature, until the case reaches finality.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 30th day of July, 2013.

                                                   /s/ _____
                                        UNITED STATES MAGISTRATE JUDGE

cc:   Timothy Edwards, *Pro Se*
      Reg. No. 78825-004