```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  12-21019-CIV-GRAHAM
                                        (07-20530-CR-GRAHAM)
                              MAGISTRATE JUDGE P.A. WHITE
TIMOTHY EDWARDS,              :
                                        CORRECTED
        Movant,               :  REPORT RE DENIAL OF MOTION
                                  TO PROCEED IFP ON APPEAL
v.                            :      MOTION TO VACATE

UNITED STATES OF AMERICA,     :         (de#12)

        Respondent.           :
_____
```

The movant has filed a motion to proceed in forma pauperis on appeal in this motion to vacate case, referred to the Undersigned Magistrate Judge.(DE#12)

A Report was entered in the motion to vacate case, recommending that the case be stayed until the motion for the PSI to be adjusted was ruled upon, which may have resulted in a possible adjustment of sentence. This Recommendation was adopted, and the case was stayed on May 10, 2012.

The petitioner filed a motion to proceed in forma pauperis on appeal, referred to the Undersigned. A Report was entered recommending that the motion be dismissed without prejudice as premature, until the case reached finality. Review of the docket reveals that on June 17, 2013, the motion to correct the PSI was denied by United States District Judge Donald Graham (DE#8) and the case was reopened. Therefore the motion to appeal in forma pauperis is no longer premature.

It is recommended that the motion to proceed <u>in forma pauperis</u> be granted. (DE#12) [1]However, the petitioner is informed that following the denial of adjustment of his PSI, the stay has been lifted, and his motion to vacate case is ready to be processed, should he no longer wish to appeal.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 1st day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Timothy Edwards, <u>Pro Se</u>
    Reg. No. 78825-004

---

[1] It is noted that the petitioner has failed to file a certificate of appealability.