**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 12-21019-CIV-GRAHAM/WHITE
07-20530-CR-GRAHAM

TIMOTHY EDWARDS,

    Petitioner,

vs.

UNITED STATES,

    Respondent.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Leave to Proceed in forma pauperis on Appeal [D.E. 12].

**THE COURT** has considered the motion, the pertinent portions of the record and is otherwise fully advised in the premises.

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White. On July 30, 2013, Magistrate Judge White issued a Report recommending that Petitioner's Motion for Leave to Proceed in forma pauperis on Appeal [D.E. 12] be denied without prejudice as premature [D.E. 13]. On August 2, 2013, Magistrate Judge White issued a Corrected Report recommending that Petitioner's Motion be granted [D.E. 14].

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge

White's Report [D.E. 13] is hereby **NOT ADOPTED** based upon the Magistrate Judge's Corrected Report [D.E. 14]. It is further

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Corrected Report [D.E. 14] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to Proceed in forma pauperis on Appeal [D.E. 12] is **GRANTED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of August, 2013.

s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
Timothy Edwards, Pro Se